0    6095

WITHDRAWN
AND NOT
REISSUED